# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**THEODORE MOLYNEAUX,** :

    **Plaintiff** : CIVIL ACTION NO. 3:17-1865

  v. : JUDGE MANNION

**MONROE COUNTY** :

    **Defendant** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's motion for partial summary judgment, **(Doc. 18)**, regarding his failure to accommodate claims, (Counts I and II), of his complaint, **(Doc. 1)**, is **DENIED**.

2. By separate Order, the Court will schedule a final pre-trial conference and trial date.

                                    s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Date: January 8, 2020**

17-1865-01-ORDER.wpd